## Safe Deposit and Trust Company of Pittsburg *v.* Wood, Appellant (No. 2).

Argued Nov. 7, 1901. Appeal, No. 148, Oct. T., 1901, by James W. Friend and Harry T. Friend, from decree of C. P. No. 3, Allegheny Co., Feb. T., 1901, No. 398, on bill in equity in case of the Safe Deposit and Trust Company of Pittsburg et al. v. Annie M. Wood et al. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Bill in equity for partition.

This appeal was from the same decree as in Safe Deposit & Trust Company of Pittsburg v. Wood (No. 1), ante, 420, and involved the same question as in Safe Deposit and Trust Company of Pittsburg v. Friend, following.

-Per Curiam, January 6, 1902:

The specifications of error are dismissed and the decree of the court below is affirmed.